**Order entered October 16, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01021-CV

**THOUSAND HILLS CATTLE COMPANY, LLC AND KAREN FAIRCLOTH,**
**Appellants**

**V.**

**TERRY JEAN ARNOLD, Appellee**

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 85130**

## ORDER

Before the Court is appellee's October 12, 2018 motion for extension of time to file jurisdictional brief. In light of appellee filing the jurisdictional brief October 15, 2018, we **DENY** the motion as moot. We caution appellee that all further filings shall be served on the other parties in accordance with Texas Rule of Appellate Procedure 9.5 and any motions shall comply with the certificate requirement of Texas Rule of Appellate Procedure 10.1(a)(5). *See* TEX. R. APP. P. 9.5, 10.1(a)(5).

/s/      DAVID EVANS
         JUSTICE